IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BOOKER, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL NUTTER, et al. | : | NO. 12-00402 |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 24th day of September, 2014, upon consideration of Defendant City of Philadelphia's motion to dismiss for failure to state a claim (Doc. No. 21) and any responses thereto, it is hereby **ORDERED** that motion is **DENIED**, in accordance with the accompanying memorandum.

BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.